

# NUMBERS 13-11-00737-CV AND 13-11-00738-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**STEVE WIER, INC.,**                                                                    **Appellant,**

**v.**

**ERNESTO GARCIA, GUADALUPE GARCIA,**
**ANNA GARCIA, INDIVIDUALLY AND AS**
**NEXT FRIEND OF EVIER GARCIA,**
**EDGAR GARCIA AND ERIK GARCIA,**
**DAVID RUMBLEY, JEFFREY WIGINGTON,**
**WIGINGTON & RUMLEY, LLP, TONY BONILLA,**
**AND BONILLA & CHAPA, P.C.,**                                               **Appellees.**

---

### On appeal from the 343rd District Court
### of Bee County, Texas

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Memorandum Opinion Per Curiam

These appeals were abated by this Court on January 20, 2012, to allow the parties to mediate. These causes are now before the Court on a joint motion to dismiss the appeal on grounds that the parties have settled and compromised their differences. The parties request that this Court dismiss the appeal. Accordingly, these cases are hereby REINSTATED.

The parties have filed a joint motion to dismiss the appeals. The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is GRANTED, and the appeals are hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeals at the parties' request, no motion for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Delivered and filed the
4th day of October, 2012.